**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 0:20-cv-61359-RNS

DOUG LONGHINI,

    Plaintiff,

  v.

17070 COLLINS AVENUE SHOPPING
CENTER, LTD. et al,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, DOUG LONGHINI, and Defendant, ROSS DRESS FOR LESS INC., hereby advise the Court that the parties have reached an agreement to settle the instant case pending execution of a Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than 30 days from the date of this Notice. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines as to Defendant, ROSS DRESS FOR LESS INC.

Dated this 27th, day of October, 2020.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Courtney B. Wilson* |
| ANTHONY J. PEREZ | COURTNEY B. WILSON |
| Florida Bar No.: 535451 | Florida Bar No. 614580 |
| GARCIA-MENOCAL & PEREZ, P.L. | LITTLER MENDELSON, P.C. |
| 4937 S.W. 74th Court, Unit #3 | 333 SE 2nd Avenue, Suite 2700 |
| Miami, Florida 33155 | Miami, FL 33131 |
| Telephone: (305) 553- 3464 | Telephone: (305) 400-7500 |
| Facsimile: (305)553-3031 | Facsimile: (305) 489-6375 |
| Email: ajperezlaw@gmail.com | Primary Email: kljackson@littler.com |
| Florida Bar No.: 535451 | *Attorney for Defendant, Ross Dress for Less Inc.* |
| *Attorney for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 27th, 2020, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Courtney Wilson, Esq.

                                                            By:   */s/Anthony J. Perez, Esq.*
                                                                       Anthony J. Perez, Esq.