United States District Court
for the
Southern District of Florida

Doug Longhini, Plaintiff,      )
      )
v.      )
      )  Civil Action No. 20-61359-Civ-Scola
17070 Collins Avenue Shopping      )
Center, Ltd. and others,      )
Defendants.      )

### Order Granting Joint Motion For Approval Of Settlement And For Dismissal

This matter is before the Court upon the Plaintiff and Ross Dress for Less Inc.'s joint motion for approval of settlement and for dismissal. (ECF No. 81.) The Court has reviewed the parties' settlement agreement and being advised that the parties' settlement expressly requires the Court's approval and retention of jurisdiction as a condition precedent to the effectiveness of such agreement, it is hereby **ordered and adjudged** that:

1. The Court has reviewed and approves the settlement agreement (ECF No. 81-1) entered into by the Plaintiff and the Defendant, Ross Dress for Less Inc., and directs the parties to comply with its terms;

2. The Court retains jurisdiction over this matter for the purpose of enforcing the settlement agreement between the Plaintiff and the Defendant, Ross Dress for Less Inc.; and

3. Subject only to the foregoing reservation of jurisdiction, this action is otherwise dismissed with prejudice as to Ross Dress for Less Inc. with no award of fees or costs to either party.

**Done and ordered** at Miami, Florida on November 24, 2020.

_____
Robert N. Scola, Jr.
United States District Judge