# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  0:20-cv-61359-RNS

DOUG LONGHINI,

     Plaintiff,

  v.

17070 COLLINS AVENUE SHOPPING
CENTER, LTD. et al.,

     Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, DOUG LONGHINI, hereby advise the Court that Plaintiff, DOUG LONGHINI and Defendant, BURLINGTON COAT FACTORY WAREHOUSE CORPORATION, have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than 30 days from the date of this Notice.  Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines as to Defendant, BURLINGTON COAT FACTORY WAREHOUSE CORPORATION only.

Respectfully submitted this February 26, 2021.


/s/ *Anthony J. Perez*_____
ANTHONY J. PEREZ
Florida Bar No.: 535451
GARCIA-MENOCAL & PEREZ, P.L.
4937 S.W. 74th Court, Unit #3
Miami, FL 33155
Telephone: (305) 553- 3464
Facsímile: (305) 553-3031
Primary Email:  ajperezlaw@gmail.com;
aquezada@lawgmp.com
*Attorney for Plaintiff*

/s/ *Elizabeth G. McIntosh*
ELIZABETH G. MCINTOSH
Florida Bar No.: 1011555
GENOVESE JOBLOVE & BATTISTA, P.A.
4400 Miami Tower
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 349-2300
Email: emcintosh@gjb-law.com

-- and --

/s/ *Matthew S. Kenefick*
MATTHEW S. KENEFICK
California Bar No.: 227298 – *admitted pro hac vice*
JEFFER MANGELS BUTLER
& MITCHELL LLP
Two Embarcadero Center – 5th Floor
San Francisco, California 94111
Telephone: (415) 398-8080
Email: msk@jmbm.com
*Attorneys for Defendant, Burlington Coat Factory Warehouse Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court

by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to

all counsel of record on this February 26, 2021.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com
aquezada@lawgmp.com;
crodriguez@lawgmp.com;

By:  */s/ Anthony J. Perez*
ANTHONY J. PEREZ
Florida Bar No.: 535451