United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Doug Longhini, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 20-61359-Civ-Scola |
| 17070 Collins Avenue Shopping Center, Ltd. and others, Defendants. | ) ) ) |

**Order of Partial Settlement**

  The Plaintiff has informed the Court it has reached a settlement with the Defendant Burlington Coat Factory Warehouse Corporation. (ECF No. 90.) The Court directs the **Clerk** to vacate all currently set dates and deadlines for this Defendant. On or before **March 29, 2021**, the Plaintiff must file a stipulation of dismissal with respect to the Defendant Burlington Coat Factory Warehouse Corporation.

  If the Plaintiff files a stipulation of dismissal under Rule 41(a)(1)(A)(ii) and the parties wish to have this Court retain jurisdiction to enforce any settlement agreement, the stipulation of dismissal must include the following sentence: "The effectiveness of this stipulation of dismissal is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the parties' settlement agreement." This sentence is necessary because a stipulation of dismissal is otherwise self-executing and deprives the Court of jurisdiction to do anything further. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

  This case shall **remain open** as the Plaintiff has not dismissed or settled this case with respect to certain of the other Defendants.

  **Done and ordered** in Miami, Florida, on February 26, 2021.

_____
Robert N. Scola, Jr.
United States District Judge
