United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Doug Longhini, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 20-61359-Civ-Scola |
| 17070 Collins Avenue Shopping Center, Ltd. and others, Defendants. | ) |

## Order of Partial Dismissal

The Plaintiff has dismissed this case with prejudice with respect to Defendant Burlington Coat Factory Warehouse Corporation (ECF No. 92) in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This case shall **remain open** as the Plaintiff has not dismissed or settled this case with respect to the remaining Defendants.

**Done and ordered** in Miami, Florida, on March 25, 2021.

Robert N. Scola, Jr.
United States District Judge