UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  0:20-cv-61359-RNS

DOUG LONGHINI,

    Plaintiff,

v.

17070 COLLINS AVENUE SHOPPING
CENTER, LTD. et al.,

    Defendants.

_____/

**JOINT MOTION FOR APPROVAL AND ENTRY OF CONSENT DECREE
AND TO DISMISS ACTION WITH PREJUDICE**

Plaintiff DOUG LONGHINI and Defendants, 17070 COLLINS AVENUE SHOPPING CENTER, LTD.; RK HALLANDALE LIMITED PARTNERSHIP (collectively the "Parties"), by and through their respective undersigned counsel, hereby move for the Court's approval and entry of the attached Consent Decree and for the dismissal of this action with prejudice.

1. This is an action under Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181 et seq. ("Title III" of the "ADA"). The commercial property at issue is located at 1404 E. Hallandale Beach Boulevard, Hallandale Beach, Florida.

2. The matters raised by Plaintiff's complaint have been resolved in accordance with the Consent Decree attached hereto as Exhibit "A."

3. The Parties agree and submit that the attached Consent Decree is fundamentally fair, adequate and reasonable to improve access for persons with disabilities at the property at issue, and otherwise meets the purposes of Title III of the ADA.

4. The Parties respectfully request that the Court review, approve and ratify the Consent Decree. As part of the Parties' settlement embodied by the Consent Decree, the parties have agreed

to a dismissal of this action with prejudice, with such dismissal being conditioned on the Court retaining jurisdiction to enforce the Consent Decree. See Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272, 1280 (11th Cir. 2012). Accordingly, the Parties request, upon the Court's review, approval and ratification of the Consent Decree, that the Court dismiss this action with prejudice and reserve jurisdiction to enforce the Consent Decree.

5. Except as otherwise stated in the Consent Decree, the parties to this action shall bear their own respective fees and costs.

WHEREFORE, the Parties respectfully request that the Court enter an order (a) approving and entering the attached Consent Decree, (b) dismissing this action with prejudice, (c) retaining jurisdiction to enforce the Consent Decree and (d) granting such additional relief as the Court deems just and proper.

Dated: March 29, 2021

/s/ *Anthony J. Perez*
ANTHONY J. PEREZ
Florida Bar No.: 535451
GARCIA-MENOCAL & PEREZ, P.L.
4937 S.W. 74th Court, Unit #3
Miami, FL 33155
Telephone: (305) 553- 3464
Facsímile: (305) 553-3031
Primary Email:  ajperezlaw@gmail.com;
aquezada@lawgmp.com
*Attorney for Plaintiff*

/s/ *Aaron Behar*
AARON BEHAR
Florida Bar No. 166286

BEHAR BEHAR
490 Sawgrass Corporate Parkway, Suite 300
Sunrise, Florida 33325
Telephone: (954) 990.8639
 Facsimile: (954) 332.9260
PrimaryEmail:
ab@beharbehar.com
*Attorney for Defendants, 17070 Collins Avenue Shopping Center, Ltd.; RK Hallandale Limited Partnership; Wes Tayta Corporation; P16, LLC; and 88 Zest, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 29, 2021, I electronically filed a true and correct copy of the forgoing with the Clerk of Court using the CM/ECF system which will serve notice of the electronic filing upon all parties of record.

Respectfully submitted,

**GARCIA-MENOCAL, & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 SW 74th Court, No.3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: aquezada@lawgmp.com
crodriguez@lawgmp.com

By: __*Anthony J. Perez*_____
ANTHONY J. PEREZ
Florida Bar No.: 535451