United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Doug Longhini, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 20-61359-Civ-Scola |
| 17070 Collins Avenue Shopping Center, Ltd. and others, Defendants. | ) ) ) |

## Order Approving And Entering Consent Decree And Dismissing Action With Prejudice

This matter is before the Court upon the parties' Joint Motion for Approval and Entry of Consent Decree and to Dismiss Action with Prejudice. The Court, having reviewed the Joint Motion and the Consent Decree attached to the Joint Motion as Exhibit "A," and being advised fully in the premises, hereby **orders** as follows:

1. The Court finds the Consent Decree to be fundamentally fair, adequate and reasonable to improve and provide access for persons with disabilities at the property at issue, and to otherwise meet the purposes of Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181, *et seq.*

2. The Joint Motion for Approval and Entry of Consent Decree and to Dismiss Action with Prejudice is **granted**. (**ECF No. 95**.)

3. The Court **approves and adopts** the Consent Decree, and pursuant to Fed. R. Civ. P. 54, the Consent Decree is hereby **entered** and this action is **dismissed with prejudice**.

4. The Court reserves jurisdiction to enforce the Consent Decree and to monitor and enforce compliance with the terms of the Consent Decree to the extent necessary.

5. Each party shall bear their own attorney's fees and costs except as detailed in the Consent Decree.

6. The Court directs the Clerk to **close** this case. All pending motions, if any, are **denied** as moot.

**Done and ordered** in Miami, Florida, on March 29, 2021.

Robert N. Scola, Jr.
United States District Judge